**Tom JACKSON, Movant, v. David PARRY, Opposed.**

Court of Appeals of Kentucky.
April 24, 1951.

Wm. H. Miller and Raymond C. Cravens, Lexington, for movant.

R. W. Keenon and Robert Houlihan, Lexington, for opposed.

PER CURIAM.

The motion is overruled, appeal denied, and the judgment is affirmed.